No. 3235.—PUEBLO, apdo., *v.* CASANOVAS, aplte. — C. D. San Juan. Infracción de la Ley de Automóviles. Mayo 11, 1927. Denegada la moción del apelante porque no consta en forma alguna que el secretario de la corte de distrito se haya negado a expedir copia certificada de la excepción perentoria presentada a la acusación, ni que el apelante haya solicitado del citado secretario que expida la misma, así como tampoco, que el acusado apelante haya hecho gestiones cerca del juez de la Corte de Distrito de San Juan, que es el que por la ley tiene facultad para conceder prórrogas al taquígrafo y para compeler al mismo a cumplir con sus deberes.

Sin embargo, vista la súplica alternativa contenida en la citada moción, se concede al apelante el término de treinta días a partir de esta fecha para radicar en la Secretaría de este tribunal copia certificada de dicha excepción perentoria y de la transcripción de la evidencia.